UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re: | ) |
|  | ) |
| HOPE 7 MONROE STREET, | ) Case No. 09-00273 |
| LIMITED PARTNERSHIP, | ) (Chapter 7) |
|  | ) |
| Debtor. | ) |

**ORDER GRANTING TRUSTEE'S MOTION FOR AUTHORITY
TO SELL REAL PROPERTY FREE AND CLEAR OF ANY AND ALL LIENS
AND INTERESTS PURSUANT TO 11 U.S.C. § 363**
**(1020 Monroe St. NW, Washington, DC 20010)**
**(Lot 820, Square 2840)**

This matter came before the Court on the Trustee's Motion for Authority to Sell Real Property Free and Clear of Any and All Liens and Interests Pursuant to 11 U.S.C. § 363 ("Motion"). In the Motion, the Trustee seeks authority to sell real property located at 1020 Monroe St. NW, Washington, DC 20010 (the "Property") for $3,200,000.00 to 1020 Monroe, LLC or its assigns (collectively "Purchaser"). The first lien on the Property is in bona fide dispute and RIASO LLC and the subordinated lienholders on the Property consent to the

Trustee's Motion as set forth in this Order. The sale is at a price sufficient to pay all real property taxes and water and sewer charges and the District of Columbia consents to the sale. The interests of 1020 Monroe Street 2003 Tenants Association, Inc., a District of Columbia non-profit corporation, are in bona fide dispute.

The Court finds notice of the Motion to be adequate as given. The Court finds that the sale price as set forth in the Contract is fair and reasonable. The Court finds that the Purchaser is a good faith purchaser under § 363(m) of the Bankruptcy Code. The Court finds that the relief sought in the Motion is appropriate under §§ 363(f)(4) and 363(f)(2), respectively. The Court has considered the Motion and the Opposition of RIASO, LLC to Trustee's Motion to Sell Free and Clear (Docket Entry No. 76), Objection of 1020 Monroe Street 2003 Tenants Association, Inc. to the Trustee's Motion to Sell Real Property Free and Clear of Any And All Liens and Interests Pursuant to 11 U.S.C. § 363 (Docket Entry No. 77), The Trustee's Reply to the Objection of 1020 Monroe Street 2003 Tenants Association, Inc. to the Trustee's Motion to Sell Real Property Free and Clear of any and All Liens and Interests Pursuant to 11 U.S.C. § 363 (Docket Entry No. 78) and the record developed at the hearing on February 16, 2010, and finds that good cause exists to grant the relief requested. This Court finds that it is hereby:

**ORDERED, ADJUDGED AND DECREED** that the Motion be, and the same hereby is, **GRANTED IN ITS ENTIRETY** as set forth herein; and it is

**FURTHER ORDERED** that the Trustee is authorized to sell 1020 Monroe St. NW, Washington, DC 20010 for $3,200,000.00 to 1020 Monroe, LLC or its assigns free and clear of all liens and interests, with such liens transferring to and attaching to the proceeds of such sale in the same extent and priority as they attached to the Property; and it is

**FURTHER ORDERED** that the sale is free and clear of the Purchase Money First Deed of Trust by and between Hope 7 Monroe Street, Limited Partnership, to John O. Duncan and L.J. Clavelli, Trustees for Meadow Financial, LLC, assigned to Brisa Funding LLC, dated October 25, 2004, recorded October 29, 2009 in the Land Records for the District of Columbia, Instrument No. 20044151111, as modified by the Modification of Deed of Trust, dated July 19, 2005 recorded December 28, 2005 as Instrument No. 2005185410, because it is in bona fide dispute; and it is

**FURTHER ORDERED** that the Trustee is authorized and directed to place sufficient fund into escrow to satisfy the Deed of Trust held by Brisa Funding LLC pending a release of its Deed of Trust being recorded in the Land Records for the District of Columbia or the issuance of a letter of indemnification from Lawyers Title/Commonwealth Land Title Insurance Company, or their successor; and it is

**FURTHER ORDERED** that the sale is free and clear of the Commercial Deed of Trust by and between Hope 7 Monroe Street, Limited Partnership, to Warner H. Session, Trustee securing Lenan Cappel and Pauline Cappel dated October 25, 2004 recorded October 29, 2004 in the Land Records for the District of Columbia, Instrument No. 20044151112, as amended by the Subordination Agreement, dated July 19, 2005 recorded December 28, 2005 as Instrument No. 2005185411, as further amended by Subordination Agreement dated November 22, 2006 and recorded December 1, 2006 as Instrument No. 2006162592, because Mr. and Mrs. Cappel consent to the sale and agree to a $100,000.00 carveout from any payment to Mr. and Mrs. Cappel for the Trustee's legal fees, expenses, commission and unsecured creditors of the estate; and it is

**FURTHER ORDERED** that the sale is free and clear of the Deed of Trust, Assignment of Rents and Security Agreement by and between Hope 7 Monroe Street, Limited Partnership , to Kyle L. Doniff, Trustee and securing RIASO, LLC dated November 22, 2006 recorded December 1, 2006 as instrument No. 2006162591 in the Land Records for the District of Columbia because RIASO, LLC consents to the sale of the Property free and clear as set forth herein, and agrees to a $100,000.00 carveout from any payment to RIASO, LLC for the Trustee's legal fees, expenses, commission and unsecured creditors of the estate; and it is

**FURTHER ORDERED** that the "Objection of 1020 Monroe Street 2003 Tenants Association, Inc. to the Trustee's Motion to Sell Real Property Free and Clear of Any and All Liens and Interests Pursuant to 11 U.S.C. § 363" filed on February 15, 2010 at Docket Entry No. 77 is **OVERRULED**; and it is

**FURTHER ORDERED** that the sale is free and clear of any and all liens, encumbrances, claims or any other interests in favor of or held by 1020 Monroe Street 2003 Tenants Association, Inc., a District of Columbia non-profit corporation (the "Tenants' Association"), specifically including, but not limited to, any such liens, encumbrances, claims or any other interests arising under (a) that certain Structuring, Development and Assignment Agreement dated March 30, 2004, entered into by and between 1020 Monroe Street 2003 Tenant Association, Inc. and Hope 7 Monroe Street Limited Partnership (the "Development Agreement"), or (b) any law, regulation, statute or ordinance of the District of Columbia, including without limitation, the Rental Housing Conversion and Sale Act of 1980 (D.C. CODE § 42-3401.01 *et seq*., as amended) (the "Conversion and Sale Act") and any claim by any party that the Property is as of the date of this Order a "housing accommodation" thereunder; and it is

**FURTHER ORDERED**, that the sale is free and clear of any and all liens, encumbrances, tenancies, rights, interests or claims of any persons who were previously tenants of the Property or any portion thereof, or any other parties previously or currently in possession of the Property or any portion thereof, or any other party, including without limitation, the right to reenter and to occupy the Property or any portion thereof arising under (a) any leases, licenses or other agreements previously entered into, including without limitation, the Development Agreement, or (b) any law, regulation, statute or ordinance of the District of Columbia, including without limitation, the Conversion and Sale Act and the Rental Housing Act of 1985 (D.C. CODE § 42-3501.01 *et seq*., as amended) and any claim that the Property is as of the date of this Order a "housing accommodation" thereunder; and it is

**FURTHER ORDERED** that the sale if free and clear of the real property taxes owed to the District of Columbia; and it is

**FURTHER ORDERED** that the sale is free and clear of the water and sewer charges owed on the Property;

**FURTHER ORDERED,** that the Trustee is authorized to pay the ordinary, necessary and reasonable costs of closing, including any real estate taxes and water and sewer charges; and it is

**FURTHER ORDERED,** that the Trustee shall have the authority to execute all documents in connection with the sale, including, but not limited to, a deed to convey the entire Property; and it is

**FURTHER ORDERED,** that the Trustee is authorized and directed to distribute the Proceeds of the sale to RIASO, LLC in accordance with its Deed of Trust subject to the terms and conditions set forth in this Order including (i) resolution of the deed of trust held by John O.

Duncan and L.J. Clavelli, Trustees for Meadow Financial, LLC, assigned to Brisa Funding LLC; (ii) payment of the ordinary, necessary and reasonable costs of closing, including any real estate taxes and water and sewer charges to the District of Columbia; and (iii) withholding the $100,000.00 carve out for the Trustee's attorneys' fees, expenses, and commission and general unsecured creditors.

Copies to:

Katherine M. Sutcliffe Becker, Esq.
Marc E. Albert, Esq.
Stinson Morrison Hecker LLP
1150 18th Street NW, Suite 800
Washington, DC  20036

Martha L. Davis, Esq.
Office of the U.S. Trustee
115 South Union Street, Suite 210
Alexandria, VA 22314

Lucy R. Edwards
3001 Georgia Avenue, N.W.
Washington, DC 20001
*Counsel for the Debtor*

Marty Zupancic
Marcus & Millichap Real Estate Investment
Services of Washington, D.C.
7200 Wisconsin Avenue NW
Suite 1101
Washington, DC  20814

Siamak Madani
4201 Cathedral Avenue NW #909W
Washington, DC  20016

Richard Lear
Holland & Knight
2099 Pennsylvania Avenue, N.W., Suite 100
Washington DC 20006
*Counsel for Siamak Madani*

Steven Dube
Holland & Knight
2099 Pennsylvania Avenue, N.W., Suite 100
Washington DC 20006
*Counsel for Siamak Madani*

Meredith P. Hartley, Esq.
Reed Smith LLP
3110 Fairview Park Drive
Suite 1400
Falls Church, VA 22042
*Counsel for 1020 Monroe Street 2003 Tenants Assn. Inc.*

Nancy Alper, Esq.
David Fisher, Esq.
Office of the Attorney General
1100 15th Street, NW, Suite 800
Washington, DC 20005
*Counsel for the District of Columbia*

Nigel L. Scott
Scott & Yaller-Arthur
7306 Georgia Ave., N.W.
Washington, D.C. 20012
*Counsel for Mr. and Mrs. Cappel*

Lenan Cappel
1321 Dalafield Place, NW
Washington, D.C. 20011

Pauline Cappel
1321 Delafield Place NW
Washington, D.C. 20011

Richard F. Boddie, Esq.
Slocum & Boddie PC
6225 Bandon Ave., Suite 130
Springfield, VA 22150-2524
*Counsel for Riaso, LLC*

John O. Duncan, Trustee
7800 Buckboard Ct.
Potomac, MD 20854

L. J. Clavelli, Trustee
4 Orchid Way
Potomac, MD 20854

Brisa Funding LLLP
Assignee of Meadow Financial LLC
P.O. Box 6777
Washington, D.C. 20020